UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-MJ-1683-RN

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF | ) | |
| THE UNITED STATES OF AMERICA | ) | |
| FOR A SEIZURE WARRANT FOR: | ) | **ORDER TO UNSEAL** |
| WELLS FARGO BANK ACCOUNT | ) | |
| #1000004238806 | ) | |

Upon motion of the Government, the seizure warrant Application and Affidavit in the above-captioned matter are hereby ORDERED unsealed. SO ORDERED.

Dated: August 13, 2015

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge